```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ANN L. MALEY
 4  Special Assistant United States Attorney
    California Bar No. 176877
 5
        333 Market Street, Suite 1500
 6      San Francisco, California 94105
        Telephone: (415) 977-8974
 7      Facsimile: (415) 744-0134
        E-Mail: Ann.Maley@ssa.gov
 8
    Attorneys for Defendant,
 9      Commissioner of Social Security
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALBERTO LICEA, | No. CV. NO. 09-00480 SS |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 9/23/09

_____
HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE